# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **ROBERT SMITH #579741** | **CIVIL ACTION NO. 17-cv-0984** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **ROBERT DAVIS** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Robert Davis' Motion for Summary Judgment (Doc. 35) is **GRANTED**, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 30th day of April, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE